IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Petitioner,                                         JUDGMENT IN A CIVIL CASE

v.                                                    12-cv-613-wmc

WARDEN WILLIAM POLLARD,

    Respondent,

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 6/11/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |